

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No: 4:15-mJ-502 |
| ISRAEL ESCUADRA-SILVA (01)<br>EDGAR GUILLEN (02) | |

## CRIMINAL COMPLAINT

On or about November 17, 2015, in the Dallas Division of the Northern District of Texas, and elsewhere, defendants **Israel Escuadra-Silva and Edgar Guillen** did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B).

1. In November of 2015 the Drug Enforcement Administration (DEA) Fort Worth Residence Office (FWRO) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Fort Worth Field Office were conducting an investigation involving the distribution of firearms and narcotics in the Dallas/Fort Worth Texas area of the Northern District of Texas.

2. On November 17, 2015 the investigation revealed that a Hispanic male later identified as Israel ESCUADRA-Silva was distributing cocaine in the Dallas/Fort Worth Texas area. A cooperating defendant conducted a series of consensually recorded phone calls with an unknown Hispanic male. Through those consensually monitored phone calls, the unknown Hispanic male agreed to deliver two (2) kilograms of cocaine to a residence located in Dallas, Texas while occupying a white General Motors (GM) Sport Utility Vehicle.

3.  On November 17, 2015, law enforcement personnel set up surveillance at the residence located in Dallas, Texas.

4.  Approximately 6:25pm, surveillance personnel observed a white GMC Terrain, bearing expired Texas paper license plate 40P2262, occupied by two Hispanic males later identified as Israel ESCUADRA-Silva and Edgar GUILLEN arrive at the residence in Dallas, Texas.

5.  Law enforcement personnel observed the vehicle stop in front of the residence for a short period of time and then leave. Surveillance was maintained on the white GMC Terrain.

6.  Surveillance personnel notified a Dallas Police Department marked patrol unit to initiate a traffic stop on the white GMC Terrain.

7.  A Dallas Police Department marked unit initiated a traffic stop on the vehicle occupied by GUILLEN and ESCUADRA-Silva, where they were arrested.

8.  During a search of the vehicle incident to arrest, law enforcement personnel located two block-shaped objects containing a white powdery substance believed to be cocaine, one Glock pistol, and one Ruger pistol.

9.  Further, the investigation revealed that the telephone being utilized by ESCUADRA-Silva was destroyed by an occupant of the vehicle during the traffic stop.

___11/18/2015___      ___M. Finney___
Date                                 M. Finney
                                      Special Agent
                                      Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence, **18** day of November 2015, at **2:02** a.m./**p.m.** at Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge